**BRIAN C. LOWNEY**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 East Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Brian.Lowney@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

APR 22 2026

Clerk, U.S. Courts
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 26- 21 -M- WWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **DISTRIBUTION OF CHILD PORNOGRAPHY (Count 1)** Title 18 U.S.C. § 2252(a)(2) (Penalty: Mandatory minimum five years to 20 years of imprisonment, $250,000 fine, not less than five years to lifetime supervised release, $5,000 special assessment, and $35,000 special assessment) |
| JAMIE T. FELDE, | |
| Defendant. | |

1

|  | **RECEIPT OF CHILD PORNOGRAPHY** (Count 2) **Title 18 U.S.C. § 2252(a)(2)** (Penalty: Mandatory minimum five years to 20 years of imprisonment, $250,000 fine, not less than five years to lifetime supervised release, $5,000 special assessment, and $35,000 special assessment) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or about June 19, 2021, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JAMIE T. FELDE, knowingly distributed any visual depiction, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including a computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 2

That on or about May 23, 2024, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JAMIE T. FELDE, knowingly received any visual depiction using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including a computer, and the production of such visual depiction involved

the use of a minor engaging in sexually explicit conduct and the visual depiction is

of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney